BURGOS, APPELLANT, *v.* AREWAY, INC., APPELLEE.

[Cite as *Burgos v. Areway, Inc.* (1997), 79 Ohio St.3d 1207.]

(No. 96–1447—Submitted May 21, 1997—Decided July 9, 1997.)

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Thomas Mester, Joel Levin, John P. Schloss* and *Sandra J. Rosenthal,* for appellant.

*Papandreas, Fahrer & Corso, John G. Papandreas* and *Aimee E. Gilman; Benesch, Friedlander, Coplan & Aronoff P.L.L., David W. Mellott* and *Mark A. Phillips,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

1208

ALICE ROBIE RESNICK, J., dissenting.    I would reverse the decision of the court of appeals.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.